UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bruce Lawrence Stiller,

Plaintiff,

vs.

Tennant Company, Inc., and
Life Insurance Company of North America,

Defendants.

Civil No. 01-CV-43 (RHK/RLE)

**ORDER**

---

This matter came on before the Court by stipulation of counsel. The Court hereby orders:

1. That Defendants Tennant Company, Inc. and Life Insurance Company of North America will have until April 9, 2001 to answer or otherwise respond to the Complaint of Plaintiff Bruce Lawrence Stiller.

Dated: March 21, 2001

BY THE COURT:

Raymond L Erickson

The Honorable Raymond L. Erickson
Magistrate Judge/United States District Court

HC26DS4/ 1011/ 26542589 v1 3/19/2001

3

MAR 21 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK