UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bruce Lawrence Stiller, Civil No. 01-CV-43 (RHK/RLE)

Plaintiff,

vs.

Tennant Company, Inc., and
Life Insurance Company of North America,

Defendants.

---

**ORDER FOR DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 12(b)(6)**

---

**Defendant Tennant Company, Inc.'s Motion to Dismiss came on before the undersigned on April 1, 2002.**

**Based on the Stipulation of the parties and all the files, records, and proceedings herein,**

**IT IS HEREBY ORDERED THAT:**

**1. Defendant Tennant Company, Inc.'s Motion to Dismiss is hereby GRANTED.**

**2. Plaintiff's claims against Defendant Tennant Company, Inc. are dismissed with prejudice.**

3. The Court Administrator be, and hereby is, ordered and directed to enter forthwith judgment dismissing the above-entitled action with prejudice and on the merits as to defendant Tennant Company, Inc., and without costs or disbursements to any party.



FILED APR 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 01 2002
DEPUTY CLERK

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 1st day of April, 2002.

BY THE COURT:

Judge **Richard H. Kyle**
Judge of United States District Court

**JUDGMENT**

Pursuant to the Order of the Honorable **Richard H. Kyle**,

IT IS HEREBY ADJUDGED, that the above-entitled action be, and the same hereby is dismissed with prejudice on the merits and without costs or disbursements to any party.

BY THE COURT:

Court Administrator

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bruce Lawrence Stiller,

Plaintiff,

vs.

Tennant Company, Inc., and
Life Insurance Company of North America,

Defendants.

Civil No. 01-CV-43 (RHK/RLE)

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER AS TO DEFENDANT TENNANT COMPANY, INC.**

---

**STIPULATION**

WHEREAS the parties agree that defendant Tennant Company, Inc. is not a proper party to this lawsuit, pursuant to ERISA; and

WHEREAS the parties agree that defendant Life Insurance Company of North America is a proper party in interest, and will not move for dismissal based upon any argument that it is not a proper party in interest pursuant to ERISA, or that the applicable limitations period has expired;

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the Court may grant Defendant Tennant Company, Inc.'s Motion to Dismiss, as filed on April 4, 2001, and enter and file the corresponding Order for Dismissal, which is attached hereto for reference.

Dated: March 26, 2002.

**HINSHAW & CULBERTSON**

By ______________________
Thomas K. Berg Reg. No. 7213
Brian L. Lindberg Reg. No. 286874

HC26DS4/ 1011/ 26555100.v1 3/1/2002

3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434

**Attorneys for Defendants**

Dated: 3-25, 2002.

**SAWICKI & PHELPS, P.A.**

By [signature]
Scott R. Suter Reg. No. 183581
1811 Weir Drive
Suite 275
Woodbury, MN 55125
(651) 730-6900

**Attorneys for Plaintiff**