# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Bruce Lawrence Stiller

v.

Tennant Company, Inc., and
Life Insurance Company of
North America

Case No. Civil 01-43 RHK/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Defendant Tennant Company, Inc.'s Motion to Dismiss is hereby granted;

2. Plaintiff's claims against defendant Tennant Company, Inc. are dismissed with prejudice;

3. The Court Administrator be, and hereby is, ordered and directed to enter forthwith judgment dismissing the above-entitled action with prejudice and on the merits as to defendant Tennant Company, Inc., and without costs or disbursements to any party.

DATE: April 1, 2002

RICHARD D. SLETTEN, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(18)