UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bruce Lawrence Stiller,

Plaintiff,

vs.

Tennant Company, Inc., and
Life Insurance Company of North America,

Defendants.

Civil No. 01-CV-43 (RHK/RLE)

**JOINT STIPULATED MOTION TO EXTEND PRETRIAL ORDER**
AND ORDER

**STIPULATION**

WHEREAS, defendant Life Insurance Company of North America ("LINA") has moved this Court for summary judgment as to plaintiff Bruce Lawrence Stiller's ERISA claims regarding entitlement to certain long term disability benefits;

WHEREAS, LINA, on May 15, 2002, timely served and filed its initial moving papers, and plaintiff has similarly served and filed his pleadings in opposition on June 14, 2002;

WHEREAS, plaintiff's responsive pleadings in opposition have identified a report which was not included in the administrative record gathered by LINA;

WHEREAS, as a result, LINA needs time to determine whether or not this additional document was in fact received and considered by the claims administrator in making a determination on the employee benefits claim at issue;



JUN 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, the parties have agreed to a 10-day extension of time for LINA to file its reply in support of its motion for summary judgment and to consider whether a remand to the administrative level would be appropriate;

WHEREAS, this time for investigation will require that the parties' agreed-upon briefing schedule and the Pretrial Order's deadline for briefing, arguing and submitting of dispositive motions be extended;

WHEREAS, the parties jointly stipulate to and propose to the Court the following amendment to the parties' briefing schedule and the Court's Pretrial Order so as to afford LINA sufficient time to undertake the investigation outlined above;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Bruce Lawrence Stiller and defendant Life Insurance Company of North America, as follows:

1. That the parties' briefing schedule be amended so as to set July 1, 2002 as the deadline for service and filing of the reply memorandum of defendant Life Insurance Company of North America; and

2. That the Pretrial Order, entered and filed by United States Magistrate Judge Raymond L. Erickson on August 16, 2001, be amended to extend the deadline for briefing, arguing and submitting of dispositive motions until July 15, 2002.

Dated: June 20, 2002.

**HINSHAW & CULBERTSON**

By ______________________
Thomas K. Berg Reg. No. 7213
Brian L. Lindberg Reg. No. 286874
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434

**Attorneys for Defendant Life Insurance Company of North America**

Dated: June 20, 2002.

**SAWICKI & PHELPS, P.A.**

By ______________________
Scott R. Suter Reg. No. 183581
1811 Weir Drive
Suite 275
Woodbury, MN 55125
(651) 730-6900

**Attorneys for Plaintiff Bruce Lawrence Stiller**

**ORDER**

Having considered the Joint Stipulated Motion to Extend Pretrial Order, having concluded that good cause has been shown, and having considered the Court's own schedule, **IT IS ORDERED** that

1. The defendant Life Insurance Company of North America shall serve and file a reply to Plaintiff's Memorandum in Opposition, if any, on or before **Wednesday, July 3, 2002**; and

2. The Pretrial Scheduling Order in this matter, entered by United States Magistrate Judge Raymond L. Erickson on August 16, 2001, is hereby **AMENDED** so that the deadline for briefing, arguing, and submitting dispositive motions is extended to **Tuesday, July 23, 2002.** All other dates in the Pretrial Scheduling Order shall remain the same.

3. The hearing on the Defendant's Motion for Summary Judgment is scheduled for **Tuesday, July 23, 2002, at 10:00 a.m., in Duluth.**

Dated: June 21, 2002

RICHARD H. KYLE
United States District Judge