UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bruce Lawrence Stiller,

Plaintiff,

vs.

Tennant Company, Inc., and
Life Insurance Company of North America,

Defendants.

Civil No. 01-CV-43 (RHK/RLE)

**ORDER**

---

Having considered the joint Stipulated Motion to Remand and Stay Proceedings and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. That this lawsuit is hereby remanded to the administrative level for further consideration of the entire administrative record;

2. That this lawsuit is hereby stayed for ninety (90) days to allow for further consideration at the administrative level. At the expiration of ninety (90) days, the Court shall set a status conference, during which conference the parties shall report to the Court the determination made at the administrative level;

3. The summary judgment motion previously filed by Defendant Life Insurance Company of North America is withdrawn without prejudice, with leave to refile such a motion if necessary; and



JUL 09 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. The July 23, 2002 deadline for briefing, arguing and submitting of dispositive motions, as set forth in the Pretrial Order, is hereby vacated, and will be re-set for a date certain, if necessary, by the Court during the status conference referenced above.

Dated this 9th day of July, 2002.

BY THE COURT:

Judge Richard H. Kyle
Judge of United States District Court