**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Bruce Lawrence Stiller,

Plaintiff,

Civil No. 01-43 (RHK/RLE)

vs.

**ORDER**

Life Insurance Company of North America,

Defendant.

---

Proceedings herein are **STAYED** until further Order of this Court. The parties shall furnish to the Court, on or before December 1, 2002, a report with respect to the status of the administrative proceedings herein.

Dated: October 23, 2002

RICHARD H. KYLE
United States District Judge

FILED OCT 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK